UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14346-CIV-MARRA

PATRICIA KENNEDY, individually,

Plaintiff,

vs.

KRG COVE CENTER, LLC, a foreign limited
liability company,

Defendant.
_____/

## **ORDER**

This cause is before the Court upon the parties' Stipulation of Dismissal with Prejudice (DE 15). The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the case is dismissed with prejudice. The Clerk shall close the case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of November, 2016.

_____
KENNETH A. MARRA
United States District Judge